No. 80–289. UNITED MINE WORKERS OF AMERICA, LOCAL No. 1854, ET AL. *v.* NATIONAL LABOR RELATIONS BOARD ET AL.; and

No. 80–692. NATIONAL LABOR RELATIONS BOARD *v.* AMAX COAL CO., A DIVISION OF AMAX, INC., ET AL. C. A. 3d Cir. [Certiorari granted, 449 U. S. 1110.] Motion of the Solicitor General for divided argument granted.

No. 80–756. SCHWEIKER, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. *v.* GRAY PANTHERS. C. A. D. C. Cir. [Certiorari granted *sub nom. Harris* v. *Gray Panthers,* 449 U. S. 1123.] Motion of the Solicitor General to permit George W. Jones, Esquire, to present oral argument *pro hac vice* granted.

No. 80–757. NEW YORK MERCANTILE EXCHANGE ET AL. *v.* LEIST ET AL.;

No. 80–895. CLAYTON BROKERAGE CO. OF ST. LOUIS, INC. *v.* LEIST ET AL.; and

No. 80–936. HEINOLD COMMODITIES, INC., ET AL. *v.* LEIST ET AL. C. A. 2d Cir. [Certiorari granted, 450 U. S. 910.] Motions of Futures Industry Association, Inc., New York Stock Exchange, Inc., and Board of Trade of the City of Chicago et al. for leave· to file briefs as *amici curiae* granted.

No. 80–795. HEFFRON, SECRETARY AND MANAGER OF THE MINNESOTA STATE AGRICULTURAL SOCIETY BOARD OF MANAGERS, ET AL. *v.* INTERNATIONAL SOCIETY FOR KRISHNA CONSCIOUSNESS, INC., ET AL. Sup. Ct. Minn. [Certiorari granted, 449 U. S. 1109.] Motion of New York for leave to file a brief as *amicus curiae* granted.

No. 80–846. ROSE, WARDEN *v.* LUNDY. C. A. 6th Cir. [Certiorari granted, 450 U. S. 910.] Motion for appointment of counsel granted, and it is ordered that D. Shannon Smith, Esquire, of Cincinnati, Ohio, be appointed to serve as counsel for respondent in this case.